UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| DEEP END, LLC, ) | CASE NO: 19-52818 |
| ) | |
| Debtor. ) | |
| ) | |

## APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS

COMES NOW, Deep End, LLC, Debtor and Debtor-in-Possession, and files this Application to Approve Employment of Attorneys pursuant to 11 U.S.C. § 327 and in support thereof, respectfully represents:

1.

On Feb 20, Debtor filed a petition constituting an order for relief under 11 U.S.C. Chapter 11.

2.

Debtor has continued in possession of its property and continues to operate as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3.

Debtor wishes to employ the law firm of Rountree, Leitman & Klein, LLC ("Rountree, Leitman & Klein") as its attorneys.

4.

Debtor has selected Rountree, Leitman & Klein for the firm's experience and qualifications as Debtor's counsel in bankruptcy cases.

5.

The professional services said attorneys are to render include:

    (a) Giving Debtor legal advice with respect to its powers and duties as Debtor-in-Possession in the management of its property;

    (b) Preparing on behalf of Debtor as Debtor-in-Possession necessary schedules, applications, motions, answers, orders, reports and other legal matters;

    (c) Assisting in examination of the claims of creditors;

    (d) Assisting with formulation and preparation of the disclosure statement and plan of reorganization and with the confirmation and consummation thereof; and

    (e) Performing all other legal services for Debtor as Debtor-in-Possession that may be necessary herein.

6.

To the best of Debtor's knowledge, Rountree, Leitman & Klein has no connection with the creditors, or any other party-in-interest, or their respective attorneys.

7.

The terms of employment of said law firm agreed to by the Debtor-in-Possession, subject to the approval of the Court, are that certain attorneys and other personnel within said firm will undertake this representation at their standard hourly rates:

| Attorney | Standard Hourly Rate |
| --- | --- |
| William A. Rountree | $425.00 |
| David Klein | $395.00 |
| Hal Leitman | $270.00 |

| | |
|---|---|
| Sam Tzoberi | $400.00 |
| <u>Law Clerk</u> | <u>Standard Hourly Rate</u> |
| Blaine Allen | $150.00 |
| Racquelle James | $150.00 |
| John Parker | $150.00 |
| <u>Paralegal</u> | <u>Standard Hourly Rate</u> |
| Sharon Wenger | $120.00 |
| Yasmin Alamin | $120.00 |
| Ben Wenger | $120.00 |

The standard hourly rates charged by Rountree, Leitman & Klein attorneys, law clerks and paralegals are subject to change in the future. Rountree, Leitman & Klein will make periodic application for interim compensation, and if, at the completion of the case the results merit it, the attorneys may make application to the Court for the allowance of a premium above their hourly rates.

Pursuant to 11 U.S.C. § 331, a debtor's attorney may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits. Rountree, Leitman & Klein seeks the Court's permission to apply for compensation every 90 days.

8.

Debtor paid a retainer of $ 12,000.00 to Rountree, Leitman & Klein. This retainer is intended as a security retainer and not a general retainer. Rountree, Leitman & Klein maintains a security interest in the funds under applicable law.

9.

The Debtor has an immediate need for counsel and will suffer irreparable harm if Rountree, Leitman & Klein is not employed without delay. F.R.Bankr.P. 6003. The Debtor requires the advice of counsel concerning the preparation of amendments to its schedules of debt and statement of financial affairs, and needs counsel present to comply with the US Trustee's requests for an initial debtor interview and preparation of documents requested by the US Trustee's Office.

10.

Rountree, Leitman & Klein represents no interest adverse to Debtor as Debtor-in-Possession or the estate in the matters upon which it is to be engaged for the Debtor-in-Possession, and its employment would be in the best interest of this estate.

WHEREFORE, Debtor prays that its employment of Rountree, Leitman & Klein as counsel under the terms specified to represent it as Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code be approved by the Court subject to objection filed by the Unites States Trustee or any creditor on or before twenty-one (21) days from the date any Order granting this Application is entered, and that he have such other and further relief as is just.

By: _____
Julian Geoghia, Member
DEEP END, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DEEP END, LLC, | ) | CASE NO: |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT

STATE OF GEORGIA
COUNTY OF FULTON

The undersigned hereby makes solemn oath:

1. That I am a partner with the law firm of Rountree, Leitman & Klein, LLC and that the members of said firm are attorneys duly admitted to practice in the State of Georgia, and in the United States District Court, Northern District of Georgia, Circuit Court of Appeals for the Eleventh Circuit, and Supreme Court of the United States, with offices at 2800 North Druid Hills Road, Bldg. B, Suite 100, Atlanta, Georgia 30329.

2. To the best of my knowledge, said law firm has had no business, professional or other connections during one year prior and up to the date of this Affidavit with the aforementioned Debtor-in-Possession, its attorneys, or any party at interest in this proceeding which would be adverse to this Estate. Affiant has counseled with the Debtor in preparation for instituting this case.

3. Said law firm represents the Debtor.

4. Said law firm is not a law partner or office associate of the Debtor-in-Possession.

WILLIAM A. ROUNTREE
Georgia Bar No. 616503

Sworn to and subscribed
before me this 22
February, 2019

Notary Public