UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| DEEP END, LLC, | ) | CASE NO. 19-52818 - SMS |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND SECTION 341(a) MEETING OF CREDITORS**

Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **S. Gregory Hays** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows:

| **S. Gregory Hays** | **June 11, 2019, at 11:00 a.m.** |
|---|---|
| 2964 Peachtree Road, NW | Richard Russell Federal Building & U.S. Courthouse |
| Suite 555 | Third Floor, Room 366 |
| Atlanta, GA 30302 -2153 | 75 Ted Turner Drive, S.W. |
| Phone: (404) 926-0051 | Atlanta, GA 30303 |

Notice given by:                NANCY J. GARGULA
                                UNITED STATES TRUSTEE
                                REGION 21

                                *s/ Lindsay P. S. Kolba*
                                Lindsay P. S. Kolba
                                GA Bar No. 541621
                                United States Department of Justice
                                Office of the United States Trustee
                                362 Richard B. Russell Building
                                75 Ted Turner Drive, S.W.
                                Atlanta, Georgia 30303
                                (404) 331-4437
                                lindsay.p.kolba@usdoj.gov