UNITED STATES BANKRUPTCY COURT

<u>Northern</u> DISTRICT OF <u>Georgia</u>

<u>Atlanta</u> DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | <u>19-52818</u> |
| <u>Deep End LLC</u> | } | |
| | } | JUDGE_____ |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

## *AMENDED* DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM <u>05/01/2019</u>  TO <u>05/17/2019</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____

Attorney for Debtor' s Signature

Debtor's Address
and Phone Number:

<u>254 W Ponce de Leon Ave</u>

<u>Decatur, GA 30030</u>

<u>(404) 695-0398</u>

Attorney's Address
and Phone Number:

<u>Rountree, Leitman & Klein, LLC</u>

<u>2987 Clairmont Rd.</u>

<u>Suite 175</u>

<u>Atlanta, GA 30329</u>

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor' s Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING _05/01/2019_ AND ENDING _05/17/2019_

Name of Debtor: _Deep End LLC_  Case Number _19-52818_
Date of Petition: _02/20/2019_

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 105.59 (a) | 3,937.94 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 3,365.55 | 105,418.20 |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | 3,365.55 | 105,418.20 |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 3,365.55 | 109,356.14 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 3,471.14 | 112,221.21 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | 425.20 |
| B. Bank Charges | 3,386.53 | 5,502.81 |
| C. Contract Labor | 153.00 | 7,933.54 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | 1,001.81 |
| H. Manufacturing Supplies | | 21,940.21 |
| I. Office Supplies | | 62.05 |
| J. Payroll - Net *(See Attachment 4B)* | | 23,166.80 |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | 2,570.00 |
| N. Secured Creditor Payments *(See Attach. 2)* | | 6,057.36 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | 6,457.89 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 8,989.19 |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | 25,317.67 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 3,539.53 | 109,424.53 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | (68.39) (c) | (68.39) (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: <u>Deep End LLC</u>          Case Number: <u>19-52818</u>

Reporting Period beginning <u>05/01/2019</u>          Period ending <u>05/17/2019</u>

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

<h3 style="text-align:center">ACCOUNTS RECEIVABLE RECONCILIATION</h3>

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $ _____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ _____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

<h3 style="text-align:center">POST PETITION ACCOUNTS RECEIVABLE AGING</h3>
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Deep End LLC                    Case Number: 19-52818

Reporting Period beginning 05/01/2019            Period ending 05/17/2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | ATTACHED | | |

TOTAL AMOUNT _____ (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ _____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ _____ | |
| PLUS/MINUS: Adjustments | $ _____ | * |
| Ending Month Balance | $ _____ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL _____ (d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: ___Deep End LLC___    Case Number: ___19-52818___

Reporting Period beginning ___05/01/2019___    Period ending ___05/17/2019___

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:    $ _____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month    $ _____ (a)
    PLUS: Inventory Purchased During Month    $ _____
    MINUS: Inventory Used or Sold    $ _____
    PLUS/MINUS: Adjustments or Write-downs    $ _____ *
    Inventory on Hand at End of Month    $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = | ___100%*___ |

* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month    $ _____ (a)(b)
    MINUS: Depreciation Expense    $ _____
    PLUS: New Purchases    $ _____
    PLUS/MINUS: Adjustments or Write-downs    $ _____ *
Ending Monthly Balance    $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Deep End LLC          Case Number: 19-52818

Reporting Period beginning 05/01/2019          Period ending 05/17/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Private Bank of Decatur          BRANCH: Decatur

ACCOUNT NAME: Deep End LLC          ACCOUNT NUMBER: 110277753

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ (68.39) | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ (68.39) | **(a) |

*Debit cards are used by Earl Cloud, Julian Goglia, Andrew Smith

**If Closing Balance is negative, provide explanation:_____

_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _Deep End LLC_    Case Number: _19-52818_

Reporting Period beginning _05/01/2019_    Period ending _05/17/2019_

NAME OF BANK: _Private Bank of Decatur_    BRANCH: _Decatur_

ACCOUNT NAME: _Deep End LLC_

ACCOUNT NUMBER: _110277753_

PURPOSE OF ACCOUNT: _OPERATING_

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              | ATTACHED |      |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |             |       |         | $      |

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _____Deep End LLC_____    Case Number: _19-52818_

Reporting Period beginning _05/01/2019_    Period ending _05/17/2019_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: __Deep End LLC__          Case Number: __19-52818__

Reporting Period beginning __05/01/2019__          Period ending __05/17/2019__

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL** |  |  |  | $_____ |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _____Deep End LLC_____          Case Number: ___19-52818___

Reporting Period beginning ___05/01/2019___          Period ending ___05/17/2019___

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

|  |  |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:  Deep End LLC                    Case Number:  19-52818

Reporting Period beginning  05/01/2019          Period ending  05/17/2019

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT # _____

PURPOSE OF ACCOUNT:      TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                            _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                      _____(a)
Sales & Use Taxes Paid                               _____(b)
Other Taxes Paid                                        _____(c)
TOTAL                                                       _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                        $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**    $ _____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: _Deep End LLC_____    Case Number: ___19-52818_____

Reporting Period beginning ____05/01/2019_____    Period ending __05/17/2019_____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                           $ _____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: __Deep End LLC__          Case Number: __19-52818__

Reporting Period beginning __05/01/2019__          Period ending __05/17/2019__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Earl Cloud | Owner | n/a | |
| | | | |
| | | | |
| | | | |

---

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Employers | 888.682.6671 | 5800 | workers comp | 9/1/2019 | |
| Central | | 989911878 | general liability | 9/23/2019 | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16

# Deep End LLC

## BALANCE SHEET

### As of May 17, 2019

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Checking - old | 0.00 |
| Deep End (9732) | 63,123.79 |
| Deep End Private Bank | -33.39 |
| Petty Cash | 4,668.50 |
| **Total Bank Accounts** | **$67,758.90** |
| Other Current Assets | |
| Employee Advance | -300.00 |
| Inventory Asset | 10,154.43 |
| Note receivable | 2,000.00 |
| Uncategorized Asset | 2,035.03 |
| Undeposited Funds | 10,773.86 |
| **Total Other Current Assets** | **$24,663.32** |
| **Total Current Assets** | **$92,422.22** |
| Fixed Assets | |
| Computers | 2,967.20 |
| Decor/Accessories | 11,810.06 |
| Furniture & Fixtures | 90,447.23 |
| Leasehold Improvements | 106,438.24 |
| Machinery & Equipment | 325.00 |
| Signs | 7,956.26 |
| Smallwares | 33,427.15 |
| **Total Fixed Assets** | **$253,371.14** |
| Other Assets | |
| Security Deposit | 13,305.99 |
| **Total Other Assets** | **$13,305.99** |
| **TOTAL ASSETS** | **$359,099.35** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 513 Capital Note Payable | 37,724.02 |
| Due to/from 10 Apart | 78,717.34 |
| Due to/from Bar Americano | -54,051.50 |
| Due to/from Brooks | -5,800.00 |
| Due to/from Helpful Hotdog | 200.00 |
| Due to/from Other | 1,500.00 |
| Due to/from Proof | 8,750.00 |
| Due to/from The Mercury | 176,944.13 |
| Due to/from The Pinewood | 55,228.47 |
| Event Deposits | 4,895.00 |

| | TOTAL |
|---|---|
| Fireplay | 4,495.00 |
| Gift Card | -426.86 |
| Navitas Credit Lease | 48,648.47 |
| Rewards Network Settlement | -1,968.69 |
| Sales Tax Payable | 32,680.61 |
| Tips Payable | -23,878.81 |
| **Total Other Current Liabilities** | **$363,657.18** |
| **Total Current Liabilities** | **$363,657.18** |
| Long-Term Liabilities | |
| Note Payable | 78,828.69 |
| **Total Long-Term Liabilities** | **$78,828.69** |
| **Total Liabilities** | **$442,485.87** |
| Equity | |
| Opening Balance Equity | 21,643.86 |
| Owner's Investment | 1,546.47 |
| Partner Distributions - Dau | 75,000.00 |
| Retained Earnings | -161,395.15 |
| Net Income | -20,181.70 |
| **Total Equity** | **$ -83,386.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$359,099.35** |

# Deep End LLC

## PROFIT AND LOSS

### May 1-17, 2019

|                                 | TOTAL        |
| ------------------------------- | ------------ |
| Income                          |              |
| **Total Income**                |              |
| Cost of Goods Sold              |              |
|   Front of House - Bar Costs | -1,426.52 |
| **Total Cost of Goods Sold**    | **$ -1,426.52** |
| GROSS PROFIT                    | **$1,426.52** |
| Expenses                        |              |
|   Bank Charges & Fees | 245.00       |
|   Computer Expenses   | 814.00       |
|   Contractors         | 153.00       |
|   Dues & subscriptions | 814.00      |
|   Merchant Service Fees | 765.00     |
| **Total Expenses**              | **$2,791.00** |
| NET OPERATING INCOME            | **$ -1,364.48** |
| NET INCOME                      | **$ -1,364.48** |



Account: Deep End LLC Current Time: 07/18/19 7:22:24 PM

Available Balance: 0.00

| Date △ | Ref/Check No | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 05/01/2019 | | SETTLEMENT Rewards Network CCD 31360-024496329 | (3.50) | | 102.09 |
| 05/01/2019 | | 050119CASH UpServe, Inc. CCD PYMT39053 | (814.00) | | (711.91) |
| 05/01/2019 | | Insufficient Funds Item Fee | (35.00) | | (746.91) |
| 05/02/2019 | | Return Item Credit | | 814.00 | 67.09 |
| 05/02/2019 | | Reverse OD Item Charge | | 35.00 | 102.09 |
| 05/02/2019 | | Insufficient Funds Item Fee | (35.00) | | 67.09 |
| 05/02/2019 | | MERCH FEE MERCHANT SERVICE CCD 8033235816 | (54.99) | | 12.10 |
| 05/02/2019 | | MERCH FEE MERCHANT SERVICE CCD 8032791850 | (77.49) | | (65.39) |
| 05/02/2019 | | MTOT DISC BANKCARD 1237 CCD 513331030198584 | (535.03) | | (600.42) |
| 05/02/2019 | | Insufficient Funds Item Fee | (70.00) | | (670.42) |
| 05/03/2019 | | Return Item Credit | | 77.49 | (592.93) |
| 05/03/2019 | | Return Item Credit | | 535.03 | (57.90) |
| 05/03/2019 | | Reverse OD Item Charge | | 35.00 | (22.90) |
| 05/03/2019 | | Reverse OD Item Charge | | 35.00 | 12.10 |
| 05/03/2019 | | Insufficient Funds Item Fee | (35.00) | | (22.90) |
| 05/03/2019 | | Insufficient Funds Item Fee | (35.00) | | (57.90) |
| 05/06/2019 | 506191074 | Trsf from 10 Apart Hosp Confirmation number 506191074 | | 60.00 | 2.10 |
| 05/08/2019 | | MERCH ADJ MERCHANT SERVICE CCD 8032791850 | (20.00) | | (17.90) |
| 05/08/2019 | | MERCH ADJ MERCHANT SERVICE CCD 8032791850 | (77.49) | | (95.39) |
| 05/08/2019 | | Insufficient Funds Item Fee | (70.00) | | (165.39) |
| 05/09/2019 | 509190217 | Trsf from PHG The Pinewood Confirmation number 509190217 | | 170.00 | 4.61 |
| 05/09/2019 | 2699 | CHECK 2699 | (153.00) | | (148.39) |
| 05/09/2019 | | Insufficient Funds Item Fee | (35.00) | | (183.39) |
| 05/10/2019 | 510190006 | Trsf from Southeastern x7704 Confirmation number 510190006 | | 185.00 | 1.61 |
| 05/13/2019 | | BTOT ADJ BANKCARD 1237 CCD 513331030198584 | (535.03) | | (533.42) |
| 05/13/2019 | | 051319ACH UpServe, Inc. CCD PYMT42735 | (814.00) | | (1,347.42) |
| 05/13/2019 | | Insufficient Funds Item Fee | (70.00) | | (1,417.42) |
| 05/14/2019 | | Return Item Credit | | 535.03 | (882.39) |
| 05/14/2019 | | Return Item Credit | | 814.00 | (68.39) |

| | | | | | |
|---|---|---|---|---|---|
| 05/14/2019 | | Reverse OD Item Charge | | 35.00 | (33.39) |
| 05/14/2019 | | Reverse OD Item Charge | | 35.00 | 1.61 |
| 05/14/2019 | | Insufficient Funds Item Fee | (35.00) | | (33.39) |
| 05/14/2019 | | Insufficient Funds Item Fee | (35.00) | | (68.39) |
| Totals: | | Transactions: 33 | Debits: (3,539.53) | Credits: 3,365.55 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **DEEP END, LLC.** | ) | |
| | ) | **CASE NO: 19-52818** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Amended Monthly Operating Report**

**for the Period from May 1, 2019, through May 31, 2019,** was served by electronic mail to

the following interested parties:

Thomas Wayne Dworschak
Office of the United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303
lindsay.p.kolba@usdoj.gov

This 24th day of July 2019.

/s/ William A. Rountree
William A. Rountree
Georgia Bar No. 616503
Rountree Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Rd.
Ste 175
Atlanta, GA 30329
404 584-1244
wrountree@randllaw.com

04037556-