## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s) **Deep End, LLC** 24 Leslie St. Atlanta, GA 30307  **82–1468656** | Case No.: **19–52818–sms** Chapter: **7** Judge: **Sage M. Sigler** |

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated: October 1, 2019
Form 184